IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| **JONAS WINFIELD** | : | VIOLATIONS:<br>18 U.S.C. § 371 (conspiracy - 1 count) |
| | : | 18 U.S.C. § 1029(a)(2) (credit card fraud - 1 count) |

**INFORMATION**

**COUNT ONE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times material to this information:

1. Amtrak was an interstate passenger rail service, providing train transportation nationwide. Amtrak took reservations for train travel and issued tickets on those reservations when provided with credit card information.

2. Defendant **JONAS WINFIELD** had access to credit card information as an employee at a hotel in Philadelphia.

3. From on or about January 11, 2003 through on or about May 12, 2004, in the Eastern District of Pennsylvania and elsewhere, defendant

**JONAS WINFIELD**

conspired and agreed, with Kenneth Winfield, charged elsewhere, and others known and unknown to the United States Attorney, to commit an offense against the United States, that is, to knowingly and with intent to defraud make unauthorized charges on stolen credit card numbers, in violation of Title 18, United States Code, Section 1029(a)(2).

**MANNER AND MEANS**

It was part of the conspiracy that:

4. Defendant **JONAS WINFIELD** stole credit card numbers from a Philadelphia hotel which were then provided to others, including Kenneth Winfield, charged elsewhere. Defendant **JONAS WINFIELD** and the others used the card numbers to fraudulently purchase Amtrak train tickets. As a result of this scheme, Amtrak suffered a loss of approximately $32,469.

5. Defendant **JONAS WINFIELD** and the other conspirators called Amtrak and made train reservations using the stolen credit card numbers. The conspirators then picked up the fraudulently ordered tickets, usually before the true account holders had stopped the unauthorized charges. Defendant **JONAS WINFIELD** frequently picked up the tickets through automated ticketing machines located in Amtrak's 30th Street Station in Philadelphia.

**OVERT ACTS**

In furtherance of the conspiracy, the defendant, and others known and unknown to the United States Attorney, committed the following overt acts in the Eastern District of Pennsylvania and elsewhere:

1. Defendant **JONAS WINFIELD** took from a Philadelphia hotel documents recording the credit card numbers of guests.

2. Defendant **JONAS WINFIELD** provided the stolen numbers to Kenneth Winfield, charged elsewhere.

3.      Defendant **JONAS WINFIELD** and the others using the stolen credit card numbers fraudulently purchased approximately $32,469 in Amtrak train tickets using at least a dozen credit card numbers stolen from the Philadelphia hotel.

4.      Defendant **JONAS WINFIELD** went to Amtrak's 30th Street Station in Philadelphia and other places to physically retrieve the fraudulently obtained tickets.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

1. Paragraphs 1 through 4 of the overt acts in Count 1 are incorporated here.

2. From on or about July 16, 2003 to on or about November 26, 2003, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**JONAS WINFIELD**

knowingly and with intent to defraud used and attempted to use an unauthorized access device, that is, an American Express credit card with the last three digits 008, in the name of P.D., to obtain things of value aggregating $1,000 or more during a one-year period, that is, approximately $1,435 in Amtrak train tickets, thereby affecting interstate commerce.

In violation of Title 18, United States Code, Sections 1029(a)(2) and (b)(1).

 

**PATRICK L. MEEHAN**
**UNITED STATES ATTORNEY**